UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 22 CR 213 |
| v. | ) | |
| | ) | |
| DANIEL SOLIS | ) | Honorable Andrea R. Wood |
| | ) | |

**DESIGNATION OF ATTORNEY FOR THE GOVERNMENT**

The United States of America, by and through its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, hereby presents notice that the undersigned Assistant United States Attorney has been designated to represent the government in the above-captioned matter.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:    */s/ Diane MacArthur*
DIANE MacARTHUR
Assistant United States Attorney
219 South Dearborn Street, 5TH Floor
Chicago, Illinois 60604
(312) 353-5352