UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 22 CR 213 |
| vs. | ) | Hon. Andrea R. Wood |
| | ) | |
| DANIEL SOLIS | ) | |

## JOINT STATUS REPORT

The United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and attorney Lisa M. Noller, on behalf of defendant DANIEL SOLIS, jointly file this status report and state as follows:

1. On April 8, 2022, an information was filed in this case, charging defendant Daniel Solis with corruptly soliciting, accepting, and agreeing to accept campaign contributions intending to be influenced and rewarded in connection with City of Chicago transactions, in violation of 18 U.S.C. § 666(a)(1)(B). R. 1.

2. On April 12, 2022, the government filed a deferred prosecution agreement as to Solis. R. 7. On April 21, 2022, the Court granted the government's motion to exclude time pursuant to the deferred prosecution agreement, and excluded time through April 8, 2025. R. 14. The parties have filed joint status reports pursuant to the Court's orders on July 19, 2022 (R. 17), March 23, 2023 (R. 19), and March 13, 2024 (R. 22). The Court most recently ordered the parties to file a joint status report on or before September 30, 2024. R. 23.

3. The government anticipates calling Solis in its case in chief in the trial of *United States v. Michael J. Madigan and Michael F. McClain*, No. 22 CR 115 (Blakey, J.). The trial is scheduled to begin on October 8, 2024.

4. The parties are not aware of any changed circumstances of which the Court should be aware. The parties are also not aware of any matter that would benefit from a status hearing before the Court.

5. The parties request that the Court set a date in 6 months, but on or before April 8, 2025 when Solis' deferred prosecution term is scheduled to expire, for the filing of a Joint Status Report to inform the Court of any changed circumstance or the need for a status hearing.

Respectfully submitted.

| | |
|---|---|
| MORRIS PASQUAL<br>Acting United States Attorney | DANIEL SOLIS<br>Defendant |
| By: /s/ *Amarjeet S. Bhachu*<br>AMARJEET S. BHACHU<br>DIANE MacARTHUR<br>Assistant United States Attorneys<br>219 South Dearborn Street<br>Fifth Floor<br>Chicago, Illinois 60604<br>(312) 353-5300 | By: /s/ *Lisa M. Noller*<br>LISA M. NOLLER<br>Attorney for Defendant Solis<br>Foley & Lardner<br>321 North Clark Street<br>Suite 3000<br>Chicago, Illinois 60654<br>(312) 832-4363 |

Dated: September 24, 2024